**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-cv-01195-RPM

SILVIA LOZOYA,

      Plaintiff,

v.

TONE, INC. d/b/a MI RANCHITO MEXICAN RESTAURANT,
MARIE TERRONES
WALTER TERRONES, and
TONY TERRONES,

      Defendants.
_____

ORDER REJECTING STIPULATION FOR DISMISSAL
_____

      A stipulation for dismissal was filed today (Doc. 21) which provides for dismissal with a request that this Court retain jurisdiction for the sole purposes of enforcing or otherwise resolving any dispute with respect to the settlement agreement.  There is no copy of the settlement agreement attached.  This Court does not retain jurisdiction over any agreement that has not been disclosed and it is this Court's view that a settlement agreement is a contract which is enforceable by a breach of contract case to be filed in any court of competent jurisdiction.  Accordingly, the stipulation for dismissal is rejected.

      Dated this 17th day of March, 2016.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge