# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-1195-RPM

SILVIA LOZOYA,
    Plaintiff,

v.

TONE, INC. d/b/a MI RANCHITO MEXICAN RESTAURANT,
MARIE TERRONES
WALTER TERRONES, and
TONY TERRONES,

    Defendants.

_____

## ORDER REGARDING STIPULATION FOR DISMISSAL
_____

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal, filed on March 22, 2016. The parties have joined this stipulation, which is self-effectuating under F.R.C.P. 41(a)(1)(ii). Accordingly, it is ORDERED that this matter is dismissed, and all claims which have been or could have been asserted in this action are dismissed with prejudice, without an award of costs or fees in favor of any party. The Clerk of the Court is directed to close the case.

Dated this 22nd day of March, 2016.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge